**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**TODD JAMES MITCHELL**

**SEALED INDICTMENT**

4:26 cr 50-AW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 23, 2026, in the Northern District of Florida, the defendant,

**TODD JAMES MITCHELL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, that is:

1. a. On or about February 11, 2009, **TODD JAMES MITCHELL** was convicted in the State of Florida of Corruption by Threats against Public Servant;

FILED USDC FLND TL JUL 7 '26 PM12:43 aw

b. On or about December 6, 2010, **TODD JAMES MITCHELL** was convicted in the State of Florida of Poss. of Hydrocodone; and

c. On or about November 29, 2012, **TODD JAMES MITCHELL** was convicted in the United States District Court for the Northern District of Florida of Possession of Firearms and Ammunition by a Convicted Felon and Possession of an Unregistered Firearm.

2. For each of these crimes, **TODD JAMES MITCHELL** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **TODD JAMES MITCHELL** did knowingly possess a firearm, to wit, a Marlin .22 caliber rifle and a Colt .22 caliber pistol.

4. These firearms had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT TWO**

On or about April 23, 2026, in the Northern District of Florida, the defendant,

**TODD JAMES MITCHELL,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845, to wit, an unmarked silencer, which firearm was not registered to him in the National Firearms Registration and Transfer Record and was not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d), 5861(i), and 5871.

**CRIMINAL FORFEITURE**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**TODD JAMES MITCHELL,**

knowingly committed the violations set forth in Counts One and Two of this Indictment, any and all interest that the defendant has in the firearms and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section

924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

A TRUE BILL:

Redacted

7/7/2021

DATE

JOHN P. HEEKIN
United States Attorney

JAMES A. McCAIN
Assistant United States Attorney